No. 432.   Thompson *v.* North Carolina.   Supreme Court of North Carolina.   Certiorari denied.   *W. G. Pearson II, Le Marquis De Jarmon* and *C. O. Pearson* for petitioner.   *T. W. Bruton,* Attorney General of North Carolina, and *Charles D. Barham, Jr.,* Assistant Attorney General, for respondent.

No. 434.   Roumeliotis et ux. *v.* Immigration and Naturalization Service.   C. A. 7th Cir.   Certiorari denied.   *Francis S. Clamitz* for petitioners.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 436.   Strachan Shipping Co. *v.* Koninklyke Nederlandsche Stoomboot Maalschappy, N. V.   C. A. 5th Cir.   Certiorari denied.   *E. D. Vickery* for petitioner. *William M. Kimball, Eugene Underwood* and *Clarence S. Eastham* for respondent.

No. 439.   Belcher et al. *v.* Patterson, District Director of Internal Revenue.   C. A. 5th Cir.   Certiorari denied.   *Al G. Rives* and *Erle Pettus, Jr.* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Robert N. Anderson* and *Norman H. Wolfe* for respondent.

No. 446.   Castelli, alias Gagliano, *v.* United States. C. A. 2d Cir.   Certiorari denied.   *Elmer Fried* for petitioner.   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.